**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Raymond Houston
Plaintiff,
v.
Hallcon Corporation
Defendant.

Case No.: 1:26−cv−13683
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants Defendant's unopposed motion for an extension of time [7] until 12/11/2026 to answer or otherwise respond to Plaintiff's complaint. The 11/10/2026 presentment hearing is vacated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.